# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Manufactured Home Communities, Inc., et al., | NO. C 03-01713 JW |
| Plaintiffs, | |
| v. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| City of San Jose, et al., | |
| Defendants. | |

In light of the Ninth Circuit decision in this case filed August 23, 2005, this Court schedules a case management conference for November 14, 2005. Pursuant to the Local Rules, the parties shall meet and confer and file a joint case management statement no later than November 4, 2005.

Dated: September 23, 2005

03eciv1713cmc

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce E. Stanton bruceestanton@yahoo.com
David J. Bradford djbradford@jenner.com
Shannon Kathleen Smyth-Mendoza cao.main@ci.sj.ca.us

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Elliot L. Bien
Bien & Summers LLP
23 Palomino Road
Novato, CA 94947

Paul T. Jensen
255 N. Market St.
San Jose, CA 95110-2440

**Dated: September 23, 2005**            **Richard W. Wieking, Clerk**

                                         **By:__/s/ JW Chambers_____**
                                         **Ronald L. Davis**
                                         **Courtroom Deputy**