

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUFACTURED HOME COMMUNITIES, INC., et al.<br><br>          Plaintiff(s),<br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>          Defendant(s). | NO. C 03-01713 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CLOSING CASE** |

By order dated September 15, 2005, the Ninth Circuit Court of Appeals remanded this matter to the U.S. District Court for the limited purposes of determining whether the City of San Jose is entitled to attorney's fees. The Court set a Case Management Conference for November 14, 2005. By letter dated October 17, 2005, the City of San Jose advised the Court that it wished to withdraw its Request for Attorney's Fees and requested that the Case Management Conference be vacated as there are no outstanding issues. Good cause appearing, the Court vacates the Case Management Conference set for November 14, 2005. The Clerk shall close the file.

Dated: October 25, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce E. Stanton
brucestanton@yahoo.com

David J. Bradford
djbradford@jenner.com

Shannon Kathleen Smyth-Mendoza
cao.main@ci.sj.ca.us

Elliot L. Bien
Bien & Summers LLP
23 Palomino Road
Novato,Ca 94947

Paul T. Jensen
255 N. Market St., #190
San Jose,CA 95110-2440

**Dated:** 10/25/05

**Richard W. Wieking, Clerk**

**By:** /s/
**Ronald L. Davis**
**Courtroom Deputy**